IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| In re: | * |
| | * |
| MICHAEL LEON PETERSON, | * |
| | *   Case No. 14-11932 |
| | *   (Chapter 13) |
| Debtor | * |
| * * * * * * | * |
| FLAGSTAR BANK, FSB, | * |
| | * |
|    Movant | * |
| | * |
| MICHAEL LEON PETERSON | * |
|    &amp; | * |
| PATRICIA PETERSON, (CO-DEBTOR) | * |
|    Respondent | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Michael Leon Peterson, the above-captioned debtor and debtor-in possession ("Mr. Peterson, the "Respondent" or the "Debtor"), by undersigned counsel, hereby opposes (the "Opposition") the motion (the "Motion") Flagstar Bank, FSB ("Flagstar") for relief from the automatic stay.  In support thereof, the Debtor states as follows:

Response to Motion to for Relief

1. Denied.

2. Denied, for lack of information.

3. Denied, for lack of information.

4. Denied, for lack of information.

5. Denied.

6. Denied.

7. Denied.

Pursuant to Rule 9013-2 of the Local Rules, the Debtor states that, in lieu of submitting a memorandum in support of this Opposition, they will rely solely upon the grounds and authorities set forth herein.

WHEREFORE, the Debtor respectfully requests that the Court deny Flagstar's Motion for Stay Relief and for such other and further relief as to the Court may seem just and proper.

                                                                                  Respectfully submitted,

Dated: July 10, 2014                                *Morgan W. Fisher*
Annapolis, Maryland                           Morgan W. Fisher #28711

                                                                                Law Offices of Morgan Fisher, LLC
                                                                                172 West Street
                                                                                Annapolis, MD 21401
                                                                                410-626-6111
                                                                                mwf@MorganFisherLaw.com
                                                                                *Attorney to the Debtor*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY, that on this 10th day of July, 2014, I served a copy of the Debtor's Opposition to Flagstar's Motion for Relief and all attachments via cm/ecf to the parties listed below and all other parties requesting electronic notice.

                                       */s/ Morgan W. Fisher*
                                       Morgan W. Fisher

All parties to the motion.
All counsel.
Chapter 13 Trustee.