IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

*Greenbelt Division*

In re:                              *
                                                    *      Case No.  14-11932

MICHAEL LEON PETERSON     *
                                                    *      Chapter 13

  Debtor(s),                       *

\* * * * * * * * * * *

**OPPOSITION TO MOTION TO SET ASIDE JUDGE'S ORDER GRANTING APPLICATION FOR COMPENSATION**

Morgan W. Fisher, Esq. ("Undersigned Counsel") respectfully submits this Opposition to the Motion to Set Aside Judge's Order Granting Application for Compensation (the "Motion") filed by the Debtor and in support thereof, states as follows:

1. As a preliminary matter, Undersigned Counsel responds to the Motion pursuant to Md. Law. R. Prof. Conduct 1.6(a).

2. This bankruptcy case commenced under chapter 13 of Title 11 of the United States Code on February 10, 2014.

3. On August 29, 2014, this Court granted Undersigned Counsel's Motion to Withdraw after the Debtor terminated his services.

4. On October 6, 2014, this Court granted Undersigned Counsel's Application for Compensation for services rendered.

5. On October 6, 2014, the Debtor submitted an Objection to Compensation on the grounds that he was not served with the fee application. In support of this argument, the Debtor submitted Undersigned Counsel's Application for Compensation as Exhibit "1". *See* Docket #45. The Debtor points out that the certificate of service to the Application states that the

1

Application was served on a Michael Leon Brown and that the Debtor does not know who this person is. The Application itself is correct.

6. Notwithstanding the absurdity of the Debtor's Objection and Motion to Set Aside Order, Undersigned Counsel has submitted a corrected certificate of service and attaches hereto as Exhibit "A" a copy of the engagement letter, receipt and disclosure statement.

WHEREFORE, Undersigned Counsel respectfully requests that the Court deny the Debtor's Motion and for such other and further relief as to the Court may seem just and proper.

Respectfully Submitted,

/s/ Morgan W. Fisher
Morgan W. Fisher, #28711
Law Offices of Morgan Fisher, LLC
172 West Street
Annapolis, Maryland 21401
410-626-6111
mwf@morganfisherlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, the Opposition to the Debtor's Motion was served on the chapter 13 trustee via cm/ecf and via first class mail, postage prepaid to:

**Michael Leon Peterson**
15207 Joppa Place
Bowie MD 20721

Dated: November 9, 2014           /s/ Morgan W. Fisher
                                            Morgan W. Fisher

2